# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 28, 2018

## NO. 03-18-00254-CV

**Anthony D. Eckman, Appellant**

**v.**

**Northgate Terrace Apartments, LLC, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND BOURLAND
### AFFIRMED IN PART; VACATED IN PART -- OPINION BY JUSTICE PURYEAR

This is an appeal from the judgment signed by the trial court on September 1, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment awarding possession of the premises to appellee. However, the Court finds that there was error in the trial court's July 12, 2016 order awarding a sanction to appellee, to be paid by appellant's attorney. Therefore, the Court vacates the trial court's July 12, 2016 order. Appellant shall pay all costs relating to this appeal, both in this Court and the court below.